PROB 12B
(7/93)

Report Date: August 6, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 12 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dalila Brambila-Pelayo     Case Number: 2:13CR02004-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 7/11/2013     Type of Supervision: Supervised Release

Original Offense: Social Security Number Misuse, 42 U.S.C. § 408(a)(7)(B)     Date Supervision Commenced: 7/11/2013

Original Sentence: Prison - 1 Day; TSR - 36 Months     Date Supervision Expires: 7/10/2016

---

## PETITIONING THE COURT

To suspend the following general condition:

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Prob 12B
**Re: Brambila-Pelayo, Dalila**
**August 6, 2013**
**Page 2**

## CAUSE

Background information reflects Ms. Brambila-Pelayo has no substance abuse/use history. Therefore, this officer respectfully recommends the above-noted drug testing condition be suspended, based on the determination that the defendant poses a low risk of future substance abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 6, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

8/12/13
Date